**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| K.V. | CIVIL ACTION NO. 26-3918 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MELISSA HARPER, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Before the Court is the Motion to Proceed Under Pseudonym filed by K.V., a citizen of Laos, who fears later persecution if removed. Record Document 3. For the following reasons, the motion is **GRANTED,** and K.V. may proceed under his chosen pseudonym throughout this action. Record Document 3.

The public has a general right to access judicial records, and the United States Court of Appeals for the Fifth Circuit has a "strong presumption against pseudonymity…." *W.M.M. v. Trump*, 187 F.4th 699, 704 (5th Cir. 2026). But that rule has exceptions. *Id.* Federal courts consider three factors to evaluate the use of a pseudonym: "(1) whether the plaintiff is challenging government activity; (2) whether the plaintiff will be required to disclose information of the utmost intimacy; and (3) whether the plaintiff will be compelled to admit his intention to engage in illegal conduct, thereby risking criminal prosecution." *Id.* Another factor for consideration, especially in immigration cases, is "the showing of possible threatened harm." *Id.* The Fifth Circuit has noted that "[e]xpress violence would likely qualify, as would specific past incidents of violence or vandalism." *Id.*

In this case, K.V. has shown a reasonable fear of persecution that justifies the use of a pseudonym. Based on the allegations of his habeas petition, K.V. has obtained a deferral of removal to Laos under the Convention Against Torture. Record Document 1 at 2. K.V.'s father and grandfather both fought alongside the United States during the Vietnam War, and K.V.'s uncle worked with the Central Intelligence Agency in Laos. *Id.* at 4. After the war, K.V.'s family tried to flee Laos, but during the attempt, several of his family members were killed, including his brother, grandfather, uncle, grandmother, and aunt. *Id.* at 5. Because of these past incidents of violence, the possibility of harm is highly plausible and warrants permitting K.V. to proceed anonymously.

Considering the foregoing,

**IT IS ORDERED** that the Motion for Leave to Proceed Under Pseudonym, Record Document 3, is **GRANTED**, and K.V. may proceed under his chosen pseudonym.

**IT IS FURTHER ORDERED** that K.V., through his counsel, must **DISCLOSE** his identity to counsel for the respondents after enrollment. That disclosure must be written.

**DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE